**TEX–ARK JOIST COMPANY, a Delaware corporation, Petitioner,**

v.

**DERR AND GRUENEWALD CONSTRUCTION COMPANY, formerly Derr Steel Erection Company or Derr of Colorado Inc., Respondent.**

**No. 86SC176.**

Supreme Court of Colorado, En Banc.

Nov. 3, 1986.

Petition for Writ of Certiorari GRANTED.